## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DENNIS MONTGOMERY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:17-cv-1074-RJL |
| JAMES COMEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court is hereby requested to enter the appearance of James J. Gilligan as counsel of record in the above-captioned case for defendants Federal Bureau of Investigation; the National Security Agency ("NSA"); Admiral Michael S. Rogers, in his official capacity as Director of the NSA; the Central Intelligence Agency ("CIA"); Mike Pompeo, in his official capacity as Director of the CIA; and Daniel Coats, in his official capacity as the Director of National Intelligence (collectively, the "Government Defendants").

Mr. Gilligan's address and contact information are as follows:

> JAMES J. GILLIGAN
> Special Litigation Counsel
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., N.W., Room 6102
> Washington, D.C.  20001
>
> Phone:      (202) 514-3358
> Fax:        (202) 616-8470
> E-mail:     james.gilligan@usdoj.gov

Dated: June 26, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director


 */s/ James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

RODNEY PATTON
Senior Counsel

JULIA A. BERMAN
Trial Attorney

CAROLINE J. ANDERSON
Trial Attorney

TIMOTHY A. JOHNSON
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6102
Washington, D.C. 20001
Phone: (202) 514-3358
Fax: (202) 616-8470
E-mail: james.gilligan@usdoj.gov

Counsel for the Government Defendants