## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
DENNIS MONTGOMERY, *et al.*,             )
                                        )
      Plaintiffs,                   )
                                        )
v.                                       )    Civil Action No. 1:17-cv-1074-RJL
                                        )
JAMES COMEY, *et al.*,                   )
                                        )
      Defendants.                   )
_____)

## [PROPOSED] ORDER

      This matter is before the Court on the Government Defendants' Motion to Dismiss.

Upon consideration of the Government Defendants' motion, Plaintiffs' opposition thereto, and

the Government Defendants' reply in support of their motion,

      IT IS HEREBY ORDERED that the Government Defendants' motion is GRANTED.

Counts Three, Five, Seven, and Eight of Plaintiffs' Complaint are dismissed under Federal Rule

of Civil Procedure 12(b)(1) for a lack of subject-matter jurisdiction; and Count Four is dismissed

under Rule 12(b)(6) for failure to state a claim.


               So ORDERED this ____day of _____, 2017.


               _____
               HON. RICHARD J. LEON
               UNITED STATES DISTRICT JUDGE