IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DENNIS MONTGOMERY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-1074-RJL |
| JAMES COMEY, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### GOVERNMENT DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

For the reasons stated in the accompanying Memorandum of Points and Authorities in Support of Their Motion to Dismiss and for Partial Summary Judgment and in Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction and in the Statement of Material Facts in Support of Their Motion for Partial Summary Judgment, the Government Defendants[1] hereby move for partial summary judgment pursuant to Rule 56 with respect to Count Six of Plaintiffs' Complaint.

DATED:   August 1, 2017                          Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

---

[1] The Government Defendants are the Federal Bureau of Investigation ("FBI"), the Central Intelligence Agency ("CIA"), and the National Security Agency ("NSA"), and the following current and former government officials sued in their official capacity:  former President Barack Obama, Director of National Intelligence ("DNI") Daniel Coats, former DNI James Clapper, CIA Director Mike Pompeo, former CIA Director John Brennan, NSA Director Michael Rogers, and former FBI Director James Comey.  *See* Compl., ECF No. 1, at 1–2 (June 5, 2017).

JAMES J. GILLIGAN
Special Litigation Counsel

*/s/ Rodney Patton*
RODNEY PATTON
Senior Counsel

JULIA A. BERMAN
CAROLINE J. ANDERSON
TIMOTHY A. JOHNSON
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Rm 7320
Washington, D.C. 20001
Phone: (202) 305-7919
Fax: (202) 616-8470
E-mail: rodney.patton@usdoj.gov

Counsel for the Government Defendants