IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DENNIS MONTGOMERY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-1074-RJL |
| JAMES COMEY, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the Government Defendants' Motion for Partial Summary Judgment as to Count Six of Plaintiffs' Complaint. Upon consideration of the Government Defendants' motion and Plaintiffs' opposition thereto, and the Government Defendants' reply in support of their motion,

IT IS HEREBY ORDERED that the Government Defendants' motion is GRANTED. Partial summary judgment is granted to the Government Defendants with respect to Count Six of Plaintiffs' Complaint.

So ORDERED this ____day of _____, 2017.

_____
HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE