IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DENNIS MONTGOMERY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-1074-RJL |
| JAMES COMEY, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**GOVERNMENT DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

The Government Defendants[1] hereby oppose Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 7. Plaintiffs cannot show that they are likely to succeed on the merits or that they are likely to suffer irreparable harm in the absence of such extraordinary relief.

In support of this Opposition, the Court is respectfully referred to the Government Defendants' Memorandum of Points and Authorities in Support of Their Motions to Dismiss and for Partial Summary Judgment and in Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, which is being filed contemporaneously herewith.

---

[1] The Government Defendants are the Federal Bureau of Investigation ("FBI"), the Central Intelligence Agency ("CIA"), and the National Security Agency ("NSA"), and the following current and former government officials sued in their official capacity: former President Barack Obama, Director of National Intelligence ("DNI") Daniel Coats, former DNI James Clapper, CIA Director Mike Pompeo, former CIA Director John Brennan, NSA Director Michael Rogers, and former FBI Director James Comey. *See* Compl., ECF No. 1, at 1–2 (June 5, 2017).

| | |
|---|---|
| DATED: August 1, 2017 | Respectfully submitted,<br><br>CHAD A. READLER<br>Acting Assistant Attorney General<br><br>ANTHONY J. COPPOLINO<br>Deputy Branch Director<br><br>JAMES J. GILLIGAN<br>Special Litigation Counsel<br><br>*/s/ Rodney Patton*<br>RODNEY PATTON<br>Senior Counsel<br><br>JULIA A. BERMAN<br>CAROLINE J. ANDERSON<br>TIMOTHY A. JOHNSON<br>Trial Attorneys<br><br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Rm 7320<br>Washington, D.C.  20001<br>Phone: (202) 305-7919<br>Fax: (202) 616-8470<br>E-mail:  rodney.patton@usdoj.gov<br><br>Counsel for the Government Defendants |