# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS MONTGOMERY, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:17-cv-1074-RJL |
| JAMES COMEY, *et al.*, ) | |
| Defendants. ) | |

## **[PROPOSED] ORDER**

This matter is before the Court on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. Upon consideration of the motion, Government Defendants' opposition thereto, and Plaintiffs' reply in support of their motion,

IT IS HEREBY ORDERED that Plaintiffs' motion is DENIED.

So ORDERED this ____ day of _____, 2017.

_____
HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE