**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DENNIS MONTGOMERY, et al

        Plaintiffs,

v.

JAMES COMEY, et al

        Defendants.

Case No: 17-cv-1074

**PLAINTIFFS' OPPOSITION TO MOTION FOR EXTENSION OF TIME**

Plaintiffs hereby submit the following to correct the record for Defendants' motion for extension of time, filed August 9, 2017. ECF No. 29. While Defendants' motion indicates that Plaintiffs' oppose the extension of time, it omits Plaintiffs' reasoning behind their position, and is therefore only a half truth.

Plaintiffs informed counsel for Defendants that the reason for Plaintiffs positions is the pending preliminary injunction hearing cannot be delayed any further. <u>Exhibit A</u>. Indeed, Plaintiffs even agreed to forego pursuing a Temporary Restraining Order in order to expeditiously move forward to the preliminary injunction hearing. Lastly, Defendants' attempt to further delay the preliminary injunction hearing demonstrates why Plaintiffs require expedited discovery in this matter.

Dated: August 9, 2017                         Respectfully submitted,

                                                                 */s/ Larry Klayman*
                                                                 Larry Klayman, Esq.
                                                                 KLAYMAN LAW GROUP, P.A.
                                                                 D.C. Bar No. 334581
                                                                2020 Pennsylvania Ave NW, #800

Washington, DC, 20006
Tel: (561)-558-5536
Email: leklayman@gmail.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on August 9, 2017.

*/s/ Larry Klayman*
Larry Klayman, Esq.