# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS MONTGOMERY, *et al*. <br><br> Plaintiffs, <br> v. <br><br> JAMES COMEY, *et al*. <br><br> Defendants | Civil Action No. 1:17-cv-1074-RJL |

## PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO GOVERNMENT DEFENDANTS' MOTION TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs hereby move this Court for a 2-day extension of time, until and including August 17, 2017 to file a response to Government Defendants' Motion to Dismiss and for Partial Summary Judgment and in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. This extension of time is commensurate with the extension of time received by the Government Defendants to file its Revised Jury Instructions. Counsel for Government Defendants, Caroline Anderson, has responded as follow: "The Government Defendants do not oppose Plaintiffs' motion. However, given previously scheduled work travel and previously scheduled leave, if the Court grants Plaintiffs' motion the Government Defendants request until August 25 to submit their Reply." Plaintiffs consent to this request.

Dated: August 15, 2017                                       Respectfully submitted,

                                                                                  */s/ Larry Klayman*
                                                                                  Larry Klayman, Esq.
                                                                                  KLAYMAN LAW GROUP, P.A.

2

D.C. Bar No. 334581  
2020 Pennsylvania Ave. NW, Suite 800  
Washington, DC 20006  
Tel: 561-558-5536  
Email: leklayman@gmail.com  

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on August 15, 2017

　　　　　　　　　　　　　　　　　　　　*/s/ Larry Klayman*  
　　　　　　　　　　　　　　　　　　　　Attorney