IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENNIS MONTGOMERY, et al

                Plaintiffs,

v.

JAMES COMEY, et al

                Defendants.             **Case No: 17-cv-1074**

## PLAINTIFFS' THIRD SUPPLEMENT TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY

Plaintiffs hereby supplement their Reply to Defendants' Opposition to Expedited Discovery with a link to an interview with former Director of National Intelligence, Defendant James Clapper ("Clapper"), who has lied under oath at least twice to Congress and who has been implicated in the illegal leaks and surveillance as set forth in previous pleadings.



**https://www.youtube.com/watch?v=xL_3Xb06J1k**

1

A review of the record and the video underscore why the deposition of Clapper is necessary, particularly since he and the other Defendants acting in concert have difficulty telling the truth. This is why this Court cannot accept the representation from counsel for Defendants that there is a presumption of regularity to government activities under the USA Freedom Act and the Foreign Intelligence Surveillance Act, particularly since they deny the illegal surveillance of Plaintiffs. In short, the video speaks for itself as to to honesty and character of Clapper, who was simply a tool for the prior administration and the agencies that he oversaw, and provides further evidence why expedited discovery prior to the Preliminary Injunction hearing is necessary.

Dated: August 24, 2017                             Respectfully submitted,

                                                   */s/ Larry Klayman*
                                                   Larry Klayman, Esq.
                                                   KLAYMAN LAW GROUP, P.A.
                                                   D.C. Bar No. 334581
                                                   7050 W. Palmetto Park Rd, #15-287
                                                   Boca Raton, FL, 33433
                                                   Tel: (561)-558-5536
                                                   Email: leklayman@gmail.com

                                                   Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on August 24, 2017.

                                                   */s/ Larry Klayman*
                                                   Larry Klayman, Esq.