# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

Dennis Montgomery, an individual, et. al

    Plaintiff(s),

VS.

James Comey, an individual, individually and in his past official capacity as Director of the Federal Bureau of Investigation, et al

    Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Firm
2020 Pennsylvania Avenue, N.W., #345
Washington DC 20006



*216590*

Case Number: 17-cv-01074-RJL

Legal documents received by Same Day Process Service, Inc. on **06/08/2017** at **10:15 AM** to be served upon **Barack Obama, an individual, Individually and in his past official capacity as President of the United States of America** at 1250 24th St., NW, Washington, DC 20037

I, **B. Tony Snesko**, swear and affirm that on **July 12, 2017** at **12:37 PM**, I did the following:

Served **Barack Obama, an individual, Individually and in his past official capacity as President of the United States of America** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Exhibits; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of right to Consent to Trial Before a United States Magistrate Judge** to **Emily Blakemore** as **Authorized to Accept** of **Barack Obama, an individual, Individually and in his past official capacity as President of the United States of America** at 1250 24th St., NW , Washington, DC 20037.

**Description of Person Accepting Service:**
Sex: Female  Age: 35  Height: 5ft4in-5ft8in  Weight: 100-130 lbs  Skin Color: Caucasian  Hair Color: Brown

**Supplemental Data Appropriate to this Service:** Ms. Blakemore informed the process server that she was authorized to accept on behalf of the defendant.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: **216590**



District of Columbia: SS
Subscribed and Sworn to before me this 13 day of July, 2017

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

