IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENNIS MONTGOMERY, et al

                Plaintiffs,

v.

JAMES COMEY, et al

                Defendants.

**Case No: 17-cv-1074**

## PLAINTIFFS' MOTION FOR STATUS CONFERENCE

Plaintiffs Dennis Montgomery and Larry Klayman ("Plaintiffs") hereby move this Court for a status conference to be held between Tuesday, January 16th and Friday, January 19th, 2018. At this Court's request, Plaintiffs agreed to forego its right to pursue a temporary restraining order on the condition that this Court rule expeditiously on their motion for a preliminary injunction. Plaintiffs' motion has now been pending for nearly seven (7) months, and meanwhile Defendants are still breaking the law, as evidenced during Congress' ongoing debate about renewal of Section 702 of the Foreign Intelligence Surveillance Act, in light of its documented violations concerning the unmasking of American citizens without probable cause, as just one unconstitutional example! Plaintiffs have been illegally and unconstitutionally surveilled as part of a pattern and practice of deceit and lying to this Court, Congress, and the Foreign Intelligence Surveillance Court. These alleged criminal acts extend beyond Section 702, as pled in the operative Complaint. Plaintiffs have asked for discovery, given the unsubstantiated false denials of the Defendants which in the past have proven to be lies.

Plaintiffs are grateful for this Court's courage in issuing its previous rulings in prior cases

concerning illegal and unconstitutional government surveillance, but this case should not be swept under the rug and must be dealt with now, without further delay, as was promised by this Court seven (7) months ago.

Dated: January 11, 2018                    Respectfully submitted,

                                               */s/ Larry Klayman*
                                               Larry Klayman, Esq.
                                               KLAYMAN LAW GROUP, P.A.
                                               D.C. Bar No. 334581
                                               2020 Pennsylvania Ave NW, #800
                                               Washington, DC, 20006
                                               Tel: (561)-558-5536
                                               Email: leklayman@gmail.com

                                               Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on January 11, 2018.

                                               */s/ Larry Klayman*
                                               Larry Klayman, Esq.