| | |
|---|---|
| **No. 18-5097** | **September Term, 2018** |
| | **1:17-cv-01074-RJL** |
| | **Filed On: April 5, 2019** [1781385] |

Dennis Montgomery,

    Appellee

Larry Elliott Klayman,

    Appellant

    v.

James B. Comey, an individual; Individually and in his official capacity as Former Director of the Federal Bureau of Investigation, et al.,

    Appellees

# M A N D A T E

In accordance with the judgment of February 5, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

BY:    /s/
        Ken R. Meadows
        Deputy Clerk

Link to the judgment filed February 5, 2019